## MEDTRONIC SOFAMOR DANEK, INC., Plaintiff–Appellant,

and

## Medtronic, Inc., Plaintiff,

and

## Sofamor Danek Holdings, Inc., Third Party Defendant,

v.

## Gary K. MICHELSON, M.D. and Karlin Technology, Inc., Defendants/Third Party Plaintiffs–Appellees,

and

## GKM Trust, Defendant–Appellee.

No. 04–1335.

United States Court of Appeals, Federal Circuit.

Feb. 1, 2005.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

## Kevin D. VILLANOVA, Petitioner,

v.

## DEPARTMENT OF THE TREASURY, Respondent.

No. 05–3085.

United States Court of Appeals, Federal Circuit.

Feb. 1, 2005.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).